UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DUVAL,<br><br>        Plaintiff,<br><br>  v.<br><br>TEREX CORPORATION,<br><br>        Defendant. | Case No.: 1:14-cv-00790 --- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 7) |

On July 15, 2014, Defendant notified the Court that the parties had reached a settlement of the matter. (Doc. 7) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **September 19, 2014**;
2. In the stipulated dismissal, the parties **SHALL** indicate whether each consents to magistrate judge jurisdiction[1];
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

///

///

///

---

[1] If the parties choose not to consent, there will be a delay in evaluating the stipulation to dismiss given a district judge in Sacramento will need to be assigned to the action.

1

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

   Dated:   **July 18, 2014**                **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE