**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS DUVAL, | ) Case No.: 1:14-cv-00790 JLT |
| Plaintiff, | ) |
| | ) ORDER GRANTING STIPULATED DISMISSAL |
| v. | ) |
| | ) (Doc. 10) |
| TEREX CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

On July 31, 2014, the parties filed a stipulated request for dismissal of the action.  (Doc. 10)

Based thereon, the Court **ORDERS**:

1.    The stipulated request for dismissal is **GRANTED** and the matter **DISMISSED WITH PREJUDICE** with each party bearing his/its own costs;

2.    The Clerk of the Court is DIRECTED to close this matter.


IT IS SO ORDERED.

Dated:   **August 1, 2014**                    _____**/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE